UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CASE NO.: 7:05-cv-2

TRUMAINE LAMAR MELTON,

    Plaintiff,

vs.

DALE WILEY, in his official and individual capacity, DEPUTY COPE, in his official and individual capacity, PRESTON HESTER, in his official and individual capacity and ERIC BRAMBLE in his official capacity,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE FOR DEFENDANTS DEPUTY COPE, PRESTON HESTER & DALE WILEY

Plaintiff, Trumaine Lamar Melton, by and through his undersigned counsel, hereby files the Summons and Returns of Service for Defendants Deputy Cope, Preston Hester and Dale Wiley.

Dated this 13th day of May, 2005.

/s/ Paul M. Meredith
PAUL M. MEREDITH
Trial Counsel for Plaintiff
P.O. Box 38
St. Augustine, Florida 32085
Telephone: (904) 825-1942
Facsimile: (904) 825-1912
Florida Bar No.: 0745741