# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

[JU]MAINE LAMAR MELTON
    Plaintiff,

[KY]LE WILEY, in his official [an]d individual capacity,
[DE]PUTY COPE, in his official [an]d individual capacity,
[P]RESTON HESTER, in his [o]fficial and individual [c]apacity and ERIC BRAMBLE in [h]is official and individual [c]apacity
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NO.: 7:05-CV-2

**SERVED**
ON 05-02-2005
DAY MONDAY
TIME 1700
BY [signature] #7777
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212

TO: DEPUTY COPE
c/o Lowndes County Sheriff's Department
120 Prison Farm Road
Valdosta, Georgia 31601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

PAUL M. MEREDITH, ESQUIRE
P.O. BOX 38
ST. AUGUSTINE, FL 32085-0038
Telephone: (904) 825-1942
Facsimile: (904) 825-1912

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day o[f] service. If you fail to do so, judgment by default will be taken agains[t] you for the relief demanded in the complaint. You must also file you[r] answer with the Clerk of this Court within a reasonable period of tim[e] after service.

GREGORY J. LEONARD
**CLERK**

4/20/05
DATE

[signature]
(By) DEPUTY CLERK

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 05-02-2005 |
| NAME OF SERVER (PRINT)  E.C. Grorter | TITLE  PROCESS SERVER - CERTIFIED |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 6712 LAKE PARK ROAD, LAKE PARK, GEORGIA, 31636

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☒ Other   SEE ENCLOSED AFFIDAVIT OF SERVICE PLEASE —

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  05-02-2005           E.C. [signature]
           Date                 Signature of Server

Address of Server:
COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

05-56

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle (Valdosta) District of Georgia

Case Number: 7:05-CV-2

Plaintiff:
**TRUMAINE LAMAR MELTON,**

vs.

Defendant(s):
**DALE WILEY, in his official and individual capacity, DEPUTY COPE, in his official and individual capacity, PRESTON HESTER, in his official and individual capacity and ERIC BRAMBLE in his official and individual capacity,**

For:
Paul Meredith, Esquire
The Meredith Law Firm
5 Palm Row
Post Office Box 38
Saint Augustine, FL 32085-0038

Received by COURT SERVICE, INC. on the 28th day of April, 2005 at 9:47 am to be served on **CASEY L. COPE, c/o 6712 Lake Park Road, Lake Park, Georgia.**

I, E. C. Genter, Certified & Appointed, being duly sworn, depose and say that on the **2nd day of May, 2005** at **5:00 pm,** I:

**Individually Served** the within named person with a true copy of this **SUMMONS IN A CIVIL CASE, CIVIL ACTION BY VERIFIED COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS SEEKING DAMAGES AND DEMAND FOR JURY TRIAL.** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
This ex-deputy Sheriff was extremely difficult to locate and serve. He was a member fo the ICE Team while serving as a Deputy Sheriff and knew this process was coming and did not want it. Mr. Cope is presently employed as the Security Director for The Wild Adventures Theme Park, 3766 Old Clyattville Road, Valdosta, Georgia, 31601 with a telephone number of 229-219-7080. His new residence is listed above.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: Caucasion, Height: 5'8", Weight: 165, Hair: Brown, Glasses: N

## AFFIDAVIT OF SERVICE for 7:05-CV-2

I certify that I am over the age of 18, have no interest in nor am a party to the above action, and am a Professional Process Server. I certify and know that the one so served to be the same as therein mentioned and was served according to State Law.

Subscribed and Sworn to before me on the 3rd day of May, 2005 by the affiant who is personally known to me.

_Marina V. Genter_
NOTARY PUBLIC

[Notary Seal: MARINA VICTORIA GENTER, NOTARY, EXPIRES FEB 17, 2007, GEORGIA, THOMAS COUNTY, PUBLIC]

_E. C. Genter_
E. C. Genter, Certified & Appointed Process Server

COURT SERVICE, INC.
Www.Courtservice.Com
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
Our Job Serial Number: 2005000056
Ref: 2005-056

Copyright © 1983-2000 Database Services, Inc. - Process Server's Toolbox V5.5i