# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

SUMMONS IN A CIVIL CASE

TRUMAINE LAMAR MELTON
    Plaintiff,
vs.

CASE NO.:7:05-CV-2

**DALE WILEY**, in his official and individual capacity, **DEPUTY COPE**, in his official and individual capacity, **PRESTON HESTER**, in his official and individual capacity and **ERIC BRAMBLE** in his official and individual capacity
    Defendants.
_____/



RECEIVED APR 28 2005 By [signature]



SERVED ON 04-28-2005 DAY THURSDAY TIME 1530 BY [signature] #2777
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212

SERVED

TO: PRESTON HESTER
    c/o Lowndes County Sheriff's Department
    120 Prison Farm Road
    Valdosta, Georgia 31601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

PAUL M. MEREDITH, ESQUIRE
P.O. BOX 38
ST. AUGUSTINE, FL 32085-0038
Telephone: (904) 825-1942
Facsimile: (904) 825-1912

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GREGORY J. LEONARD
_____
CLERK

4/20/05
_____
DATE

[signature]
_____
(By) DEPUTY CLERK

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

05-57

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-28-05 |
| NAME OF SERVER (PRINT) EC Gator | TITLE CPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☑ Other  Left with laision officer - see affidavit of service enclosed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  4-28-05
　　　　　Date　　　　　　　　　　Signature of Server  E.C. ___

Address of Server

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

05-59

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle (Valdosta) District of Georgia

Case Number: 7:05-CV-2

Plaintiff:
**TRUMAINE LAMAR MELTON,**

vs.

Defendant(s):
**DALE WILEY, in his official and individual capacity, DEPUTY COPE, in his official and individual capacity, PRESTON HESTER, in his official and individual capacity and ERIC BRAMBLE in his official and individual capacity,**

For:
Paul Meredith, Esquire
The Meredith Law Firm
5 Palm Row
Post Office Box 38
Saint Augustine, FL 32085-0038

Received by COURT SERVICE, INC. on the 28th day of April, 2005 at 9:47 am to be served on **PRESTON HESTER, c/o Lowndes County Public Defender's Office, Bank of America Building, 100 South Patterson Street, Valdosta, Georgia.**

I, E. C. Genter, Certified & Appointed, being duly sworn, depose and say that on the **28th day of April, 2005** at **3:30 pm, I:**

**Substitute Served** by leaving a true copy of this **SUMMONS IN A CIVIL CASE, CIVIL ACTION BY VERIFIED COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS SEEKING DAMAGES AND DEMAND FOR JURY TRIAL.** with the date and hour of service endorsed thereon by me, at the within named person's usual place of business, to a person employed therein to wit: Mr. Jason Cain as Laision Officer, Attorney, Person Authorized To Accept Service and informing said person of the contents thereof.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
Mr. Hester no longer is employed by the Lowndes County Sheriff's Department. He presently works with the Lowndes County Public Defenders Office. This Server had Mr. Cain Sign and Receipt for this process upon service of same upon him. His signature is beside the Served Stamp on the face of the Summons.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Caucasion, Height: 6'2", Weight: 180, Hair: Brown, Glasses: N

## AFFIDAVIT OF SERVICE for 7:05-CV-2

I certify that I am over the age of 18, have no interest in nor am a party to the above action, and am a Professional Process Server. I certify and know that the one so served to be the same as therein mentioned and was served according to State Law.

Subscribed and Sworn to before me on the 20th day of April, 2005 by the affiant who is personally known to me.

_Marina Victoria Genter_
NOTARY PUBLIC

[Seal: MARINA VICTORIA GENTER, NOTARY PUBLIC, EXPIRES FEB 17, 2007, GEORGIA, THOMAS COUNTY]

E. C. Genter, Certified & Appointed
Process Server

COURT SERVICE, INC.
Www.Courtservice.Com
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
Our Job Serial Number: 2005000057
Ref: 2005-058